UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ELLIS R. PATTERSON-EL and
GRETCHEN PATTERSON-EL,

    Plaintiffs,

vs.

COUNTY OF CUMBERLAND, CITY OF FAYETTEVILLE, DAVID B. CRAIG and LISA SCALES,

    Defendants.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:23-CV-88-D**

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R (except about the Rooker-Feldman doctrine) [D.E. 15] and DISMISSES WITH PREJUDICE plaintiffs' complaint as frivolous and for failure to state a claim upon which relief can be granted. The clerk shall close the case.

This Judgment filed and entered on December 19, 2024, and copies to:
Ellis R. Patterson-El    (via CM/ECF electronic notification)
Gretchen Patterson-El    (via CM/ECF electronic notification)

December 19, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk